IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| RANDALL BETTS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) NO. 14-cv-641 JPG/DGW |
| | ) |
| PINACCLE ASSET GROUP, LLC, | ) |
| | ) |
| Defendant. | ) |

### JUDGMENT

The Court having been advised by counsel for the parties that the above action has been settled;

IT IS HEREBY ORDERED AND ADJUDGED that this case is dismissed with prejudice and without costs.

Dated: December 22, 2014              JUSTINE FLANAGAN, Acting Clerk of Court

                              *s/ Reid Hermann*
                              Deputy Clerk


Approved:    *s/ J. Phil Gilbert*
             **J. PHIL GILBERT**
             **DISTRICT JUDGE**